REV 09/18

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

)  Case No.: 3:22-CR-323

### UNITED STATES OF AMERICA

V.

)  Judge: Waverly D. Crenshaw, Jr.

)

)  Hearing Date: 1/29/2026

)

MEHRAN JANBAKHSH

)  Location: ◉ Nashville  ○ Columbia  ○ Cookeville

)

)  Court Reporter: LISE MATTHEWS

)

(list each defendant appearing at hearing)

)  Court Interpreter:

)

## CRIMINAL MINUTES

Government Attorney(s): CHRIS SUEDEKUM

Defense Attorney(s): DAVID RAYBIN

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☑
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Sentencing Hearing was held on January 29, 2026.
- Defendant sentenced to a term of imprisonment of 18 months, followed by a 1 year term of supervised release. No fine.  Restitution to be noted in Judgment.  $100.00 Special Assessment.  Report date is 4/28/2026.
- Judgment to enter.

Total Time in Court: 1 hour

Clerk of Court
by: Melissa Seay

Reset Form Case 3:22-cr-00323    Document 58    Filed 01/29/26    Page 1 of 1 PageID #: 706